Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Duchelle Green appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed under the Federal Tort Claims Act and also construed under 42 U.S.C. § 1983 (2000). For the first time on appeal, Green alleges that he sustained an injury from a fall that could have been avoided had he received adequate medical care for his back. Green did not make this allegation in his complaint filed with the district court. Arguments not properly presented to the district court cannot be raised for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). Accordingly, we affirm the order of the district court. *See Green v. Mecklenburg County Jail,* No. CA–04–754–3 (E.D.Va. Jan. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

Tony R. DEBERNARD, Petitioner— Appellant,

v.

C.F. WALLACE, Respondent—Appellee.

No. 05–6040.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2005.

Decided: Aug. 2, 2005.

Tony R. DeBernard, Appellant Pro Se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Randall DeBernard seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard

by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that DeBernard has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

**Michael Duchelle GREEN,
Petitioner—Appellant,**

v.

**Les OSBORNE, Judge; Danny Fox,
Sheriff, Respondents—
Appellees.**

No. 05–6113.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 2, 2005.

Michael Duchelle Green, Appellant Pro Se.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Duchelle Green appeals the district court's order dismissing his civil action without prejudice for failure to comply with a court order under Fed.R.Civ.P. 41(b). We have reviewed the record and find *no reversible error.* Accordingly, we affirm on the reasoning of the district court. *See Green v. Osborne,* No. CA–04–735–3 (E.D.Va. Jan. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

**Stanley Harvey DAVIS, Plaintiff—
Appellant,**

v.

**UNITED STATES of America; Arthur
F. Beeler, Warden, Defendants—
Appellees.**

No. 05–6036.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 2, 2005.